UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Jerrch Ross # 827759

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v. Sheriff's Department
City of Grand Rapids, GRPD
Michael Dean, Michael Leland,
Alex Fox, Martin Albert

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
February 20, 2024 1:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 2-21

**1:24-cv-163**
**Jane M. Beckering**
**U.S. District Judge**

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      United States District Court Western District of Michigan

   2. Is the action still pending?   Yes ☑   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☑

      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

      a. If so, explain: _____

II. **Parties**

  A. Plaintiff(s)

  Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

  Name of Plaintiff: Terrell D Ross
  Place of Present Confinement: Kent County Correctional Facility
  Address: 703 Ball Ave. NE

  Place of Confinement During Events Described in Complaint: ____

  B. Defendant(s)

  Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

  Name of Defendant #1: Sheriff's Department
  Position or Title: ____
  Place of Employment: ____
  Address: ____
  Official and/or personal capacity? Official

  Name of Defendant #2: City of Grand Rapids
  Position or Title: ____
  Place of Employment: ____
  Address: ____
  Official and/or personal capacity? Official

  Name of Defendant #3: GRPD
  Position or Title: ____
  Place of Employment: ____
  Address: ____
  Official and/or personal capacity? Official

  Name of Defendant #4: Michael Dean
  Position or Title: Officer
  Place of Employment: GRPD
  Address: The city
  Official and/or personal capacity? Both

  Name of Defendant #5: Michael Reuland
  Position or Title: Officer
  Place of Employment: GRPD
  Address: The city
  Official and/or personal capacity? Both

Parties

Alex Fox
Officer
GRPD
The City
Both

Martin Albert
Officer
GRPD
The City
Both

(3)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Michael Dean took it upon himself to break the law and go threw someone's cellular phone without a warrant, go threw our messages in which I have an expectation of privacy in. He continued to violate my rights by using someone other than his phone to use physiological coercion which led to contract by deception, followed by an unconstitutional seizure of myself. I was waiting for my friend to come outside and seen multiple vehicles approaching, I didn't know what was going on and my friend had not responded so I went to pull off and Michael Levand used blunt excessive force and crashed directly into my vehicle, causing my vehicles airbag to deploy drove me backwards while Michael Dean driving along with his sergant Martin Albert in his vehicle hit the drivers side door followed by Alex Fox hitting the rear driver side door and ram my car back approximately 50 feet into a tree. They falsefied the report and said I hit someone's car which I didn't, I was scared for my life confused also, I put my hands in the air thinking someone was trying to kill me until I seen the police jackets even still scared I sat there and made officer take off my seatbelt and remove me from vehicle, He put cuffs on put me in a vehicle and took me to Detective Bureau for questioning and charged with drugs they found under vehicle. Levand put in the police report that he struck a deer the night before, which is the first officer that struck and totaled my vehicle. Everything stated in police report 2R-051170 so I had no Idea this was GR&D.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would like the courts first to drop my charges that were filed against me they broke the law to obtain help with a case they had, and fire the officers involved in the take down and the use of Blunt excessive force and putting my life in great danger they knew what they were doing was unlawful in any way. I'm seeking 5 million Dollars for physically and Mentally Attacking me.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[✓] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

2/2/24
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



Terrell Ross
KCCF
703 Ball Ave. NE.
Grand Rapids 49503

United States
399 fed
110 Michig
Grand RAP

This mail Originates from the Kent County Correctional Facility