UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRELL ROSS,

    Plaintiff,

v.

KENT COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:24-cv-163

HON. JANE M. BECKERING

# ORDER

This is a civil action brought by a *pro se* litigant. Defendants Kent County Sheriff's Department, Martin Albert, Alex Fox, and Michael Levand filed a Motion to Dismiss (ECF No. 17). In addition, Defendants City of Grand Rapids and Grand Rapids Police Department filed a Motion to Dismiss (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 36) on November 16, 2024, recommending that this Court grant the motions and dismiss with prejudice Plaintiff's claims against Defendants Albert, Fox, Levand, City of Grand Rapids, Grand Rapids Police Department, and Kent County Sheriff's Department for failure to state a claim. Alternatively, the Magistrate Judge recommended that Plaintiff's claims against these Defendants be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 17 & 24) are GRANTED.  Plaintiff's claims against Defendants Albert, Fox, Levand, City of Grand Rapids, Grand Rapids Police Department, and Kent County Sheriff's Department are DISMISSED with prejudice for failure to state a claim.

This Order terminates the above Defendants.

Dated: December 27, 2024                             /s/ Jane M. Beckering
                                                  JANE M. BECKERING
                                                  United States District Judge