UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRELL ROSS,

    Plaintiff,

v.

KENT COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:24-cv-163

HON. JANE M. BECKERING

**<u>ORDER</u>**

This is a civil action filed by a *pro se* litigant. Defendant Michael Dean filed a Motion to Dismiss (ECF No. 31). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 44) on August 19, 2025, recommending that the motion be granted and this action be terminated. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 31) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: September 17, 2025

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge